### THE MISSOURI PACIFIC RAILWAY COMPANY V. ATWOOD CADY.

*Per Curiam:* Atwood Cady brought this action against
the Missouri Pacific Railway Company to recover damages
for an injury caused by fire.    The injury in this case was
caused by the same fire that is complained of in the case of
*Mo. Pac. Rly. Co. v. Cady,* just decided.   The errors complained
of in this case are identical with the errors complained of in
that case.    The same briefs are filed in each.    It is recom-
mended that this case be affirmed, for the reasons given in
that case, and in the case of *Mo. Pac. Rly. Co. v. Merrill,* 40
Kas. 404.

The judgment of the district court will be affirmed.

### THE MISSOURI PACIFIC RAILWAY COMPANY V. J. A. LAMAR.

*Per Curiam:* This is an action for damages growing out
of the same fire complained of in the case of *Mo. Pac. Rly.
Co. v. Cady,* just decided.    The questions raised in this case
are identical with the questions in that; and the same briefs
are filed in each.    The questions in this case are also practi-
cally the same as the questions raised in the case of *Mo. Pac.
Rly. Co. v. Merrill,* 40 Kas. 404.

The judgment of the district court will be affirmed.